# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

JOANNE H. BRIGGS,

    Plaintiff,

v.                                                                                           CIVIL ACTION NO. 2:15-cv-012013

C. R. BARD, INC., et al.,

    Defendants.

## MEMORANDUM OPINION AND ORDER

Plaintiffs filed this civil action, by counsel, on August 12, 2015. [ECF No. 1]. On November 14, 2018, plaintiffs' counsel filed a Suggestion of Death stating that plaintiff Joanne Briggs died on May 16, 2014, and plaintiff Wallace Briggs died on January 16, 2015. [ECF No. 17]. Because both plaintiffs were deceased prior to the time this case was filed, they cannot bring a lawsuit in their own name. "[A] lawsuit filed in the name of a deceased individual is a nullity over which this Court has no jurisdiction." *In re Engle Cases*, No. 3:09-cv-1000-J-32JBT, 2013 WL 8115442, at *2 (M.D. Fla. Jan. 22, 2013). Accordingly, the court **ORDERS** that this case is **DISMISSED** and **STRICKEN** from the docket of this court.

The court **DIRECTS** the Clerk to file a copy of this Order and to send a copy of this Order to counsel and any unrepresented party.

ENTER: September 23, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE